Jaspal S. Hare (SBN 282171)
jhare@spencerfane.com
SPENCER FANE LLP
5700 Granite Parkway, Suite 650
Plano, TX 75024
Telephone: (214) 750-3623
Fax: (972) 324-0301

Mary Bacon (SBN 283369)
mbacon@spencerfane.com
SPENCER FANE LLP
300 South Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702).408-3411
Fax: (702) 408-3401

*Counsel for Plaintiff*
*Garrity Power Services LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Garrity Power Services LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc., RENESAS AMERICA, INC.<br><br>*Defendants*. | Misc. No.  4:21-mc-80159-JSC<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWING NOTICE OF MOTION, MOTION TO COMPEL, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF GARRITY'S MOTION TO COMPEL RENESAS TO COMPLY WITH RULE 45 SUBPOENA <u>WITHOUT PREJUDICE</u>**<br><br>(Master case pending in the Eastern District of Texas, Marshal Division, Case No. 2:20-CV-00269-JRG)<br><br>Date/Time:  August 5, 2021 at 9:00 A.M. |

**PLEASE TAKE NOTICE** Plaintiff Garrity Power Services, LLC hereby withdraws the:

---

PLAINTIFF GARRITY'S MOTION WITHDRAW ITS MOTION TO COMPEL
RENESAS TO COMPLY WITH SUBPOENA

1. Notice of Motion, Motion to Compel, Memorandum of Points and Authorities in Support of Garrity's Motion to Compel Renesas to Comply with Rule 45 Subpoena (Doc. No. 4),

2. Declaration of Jaspal S. Hare in Support of MOTION to Compel Plaintiff's Notice of Motion, Motion to Compel, and Memorandum of Points and Authorities in Support of Garrity's Motion to Compel Renesas to Comply with Rule 45 Subpoena filed byGarrity Power Services LLC, (Doc. No. 5) and

3. Proposed Order re MOTION to Compel Plaintiff's Notice of Motion, Motion to Compel, and Memorandum of Points and Authorities in Support of Garrity's Motion to Compel Renesas to Comply with Rule 45 Subpoena by Garrity Power Services LLC (Doc. No. 6).

**Accordingly, Garrity requests this Court remove from calendar the hearing on its Motion to Compel, currently set for August 5, 2021, at 9:00 a.m.,** *without prejudice*.

Dated:  Thursday, July 22, 2021         SPENCER FANE LLP

By:  */s/ Mary Bacon*
     Jaspal S. Hare (SBN 282171)
     Mary Bacon (SBN 283369)
     300 South Fourth Street, Suite 950
     Las Vegas, NV 89101
     *Counsel for Plaintiff*
     *Garrity Power Services LLC*

PLAINTIFF GARRITY'S MOTION WITHDRAW ITS MOTION TO COMPEL
RENESAS TO COMPLY WITH SUBPOENA

## CERTIFICATE OF SERVICE

On July 22, 2021, I certify that a true and correct copy of **PLAINTIFF'S NOTICE OF WITHDRAWING NOTICE OF MOTION, MOTION TO COMPEL, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF GARRITY'S MOTION TO COMPEL RENESAS TO COMPLY WITH RULE 45 SUBPOENA WITHOUT PREJUDICE** was filed using the Court's CM/ECF system, which will electronically notify all counsel of record. A copy was also mailed to the following:

| | |
|---|---|
| Elizabeth L. DeRieux<br>Capshaw DeRieux LLP<br>114 E. Commerce St.<br>Gladewater, Texas 75647 | Melissa Richards Smith<br>Gillam & Smith, LLP<br>3030 South Washington Avenue<br>Marshall, Texas 75670<br>*Attorneys for Defendants* |
| David Valente<br>Paul Hastings LLP<br>2500 M Street, N.W.<br>Washington, D.C. 20036<br>*Attorneys for Defendants* | Jason A. Crotty<br>Mauriel Kapouytian Woods LLP<br>450 Sansome Street, Suite 1005<br>San Francisco, CA 94111<br>*Attorney for Defendant*<br>*Renesas America, Inc.* |

/s/ Adam Miller
An employee of Spencer Fane LLP

---

**PLAINTIFF GARRITY'S MOTION WITHDRAW ITS MOTION TO COMPEL RENESAS TO COMPLY WITH SUBPOENA**